Eugene J. Martinez, Esq.
Law Offices of Eugene J. Martinez
146 Central Avenue
Salinas, California 93901
Telephone: (831) 754-1234
Facsimile: (831) 751-7797
CA State Bar No. 81209

Attorney for defendant Rafael Cacique



8/3/2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>NICOLAS SERRANO,<br>RAFAEL CACIQUE,<br>　　　　　　　　　Defendants.<br>_____ | Case No. CR 10-00195-EJD<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>HEARING FROM AUGUST 6, 2012<br>TO SEPTEMBER 10, 2012<br><br>Date:　August 6, 2012<br>Time:　1:30 p.m.<br>Court:　The Hon. Edward J. Davila |

　　　　The undersigned counsel jointly request that the status hearing in this case be continued from August 6, 2012 at 1:30 p.m. until September 10, 2012 at 1:30 p.m. based upon this court's unavailability to hear the status hearing on August 6, 2012. The courtroom Deputy Clerk has indicated that the selected date and time are available on this Court's calendar.

IT IS SO STIPULATED BY THE PARTES:

Dated: August 03, 2012　　　Signed: /s/Eugene J. Martinez
　　　　　　　　　　　　　　　　　　　Eugene J. Martinez
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT RAFAEL CACIQUE

Dated: August 03, 2012　　　Signed: /s/James Thompson
　　　　　　　　　　　　　　　　　　　James M. Thompson
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT NICOLAS SERRANO

Dated: August 03, 2012　　　Signed: /s/Gary Fry
　　　　　　　　　　　　　　　　　　　Gary Fry
　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY

For the foregoing reasons, the Court continues the status hearing in this case from August 6, 2012 at 1:30 p.m. to September 10, 2012 at 1:30 p.m.

While the parties fail to include the exclusion of time for their request, the Court excludes time from August 6, 2012 through September 10, 2012 as to each defendant under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

Further stipulations for continuance should include a proper exclusion of time.

Dated: August 3, 2012

United States District Judge